# United States District Court

## EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 15 AM 7:30
LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| COREY HARRISON | |

CASE NUMBER: 00-172 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Corey Harrison, 5127 Arts Street, New Orleans, LA 70122** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    (X) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with Alleged Violations of Supervised Release

in violation of Title United States Code, Section(s)

| **LORETTA G. WHYTE** | **CLERK** |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | **February 9, 2006    New Orleans, Louisiana** |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $ _____ | by _____ Name of Judicial Officer |

___ Fee
___ Process
 X  Dkid
___ Doc. No

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Harris Co TX (at DMV) Houston, TX 9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/10/2006 | Brian W. Fair DUSM | [signature] |

Arrested by Harris Co SO at TX DMV
Fri. 3/10/06

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

COREY HARRISON

CASE NUMBER: 00-172 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Corey Harrison, 5127 Arts Street, New Orleans, LA 70122** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   ( ) Complaint   (X) Order of Court   ( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( ) Violation Notice

charging him or her with Alleged Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**February 9, 2006   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

*(signature)*
(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Harris Co, TX 3/10/06 @ TX DMV office |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/10/06 | | |