Case 2:00-cr-00172-KDE  Document 159  Filed 03/30/2006  Page 1 of 14



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30 PM 4: 27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY  
CLERK

POST OFFICE BOX 61010  
HOUSTON, TEXAS 77208

DATE:        March 27, 2006

To:          Clerk, U. S. District Court  
             Eastern District of Louisiana  
             C-151 United States Courthouse  
             500 Camp Street  
             New Orleans, LA  70130-3367

From:        M. Lerma, Deputy Clerk

Re:          Case No. CR H-06-183M

             Your Case No. 2:00cr0172-003

             USA vs Corey Harrison

Enclosed please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

[x]     File (including minutes, orders, etc.)

[x]     Bonds (Any cash deposited in the Registry will be forwarded under separate cover)

[ ]     Passports

[ ]     Other: Govt's Response to Deft's Motion for Release of Property

[x]     Please sign and return a copy of this form in the enclosed envelope.

        Rec'd By: _____

        Date: _____

cc:     Finance Section (if cash deposited in the Registry)

___ Fee_____  
___ Process_____  
 X  Dktd_____  
___ CtRmDep_____  
___ Doc. No._____

**COURTROOM MINUTES:**

- [ ] INITIAL APPEARANCE
- [ ] IDENTITY
- [x] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] STATUS CONFERENCE
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON ____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-15-06
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales

OPEN: 2:12    ADJOURN: 2:16

[x] ERO/Tape No: B. Laswell
INTERPRETER PRESENT [x] No [ ] Yes
[ ] Other District [ ] Division ____
Case No. ____

CRIMINAL NO. H-06-183M    DEFT No. ____    USDJ ____

UNITED STATES OF AMERICA
vs
Corey Harrison

J. McAlister, AUSA
Samy Khalil  [F]

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: ____ or [ ] RULE 5
- [x] Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- [x] Deft [ ] MW appeared [ ] with [ ] without counsel.
- [ ] Requests appointed counsel. FINANCIAL AFFIDAVIT executed.
- [ ] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed. ____
- [ ] Deft advises he will retain counsel. He retained ____
- [x] Bond [x] set $ 10,000 [ ] Cash [ ] Surety [ ] 10% [ ] PR for [x] Unsecured
- [ ] Surety signatures required ____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] ORDER OF DETENTION PENDING TRIAL entered.
- [x] Deft advised of conditions of release. (unintelligible)
- [ ] BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities, [ ] INS )
- [ ] Deft [ ] MW REMANDED to CUSTODY.
- [ ] Deft ORDERED REMOVED to Originating District.
- [ ] WAIVER of [ ] Preliminary WAIVER of [ ] Detention [ ] Waiver of Rule 5 Hearings (out of District)
- [ ] Court finds PROBABLE CAUSE [ ] ID [ ] PC.

- [ ] Arraignment set ____
- [ ] Preliminary set ____
- [ ] Counsel Determination Hearing set ____
- [ ] Identity/Removal Hearing set ____
- [ ] Detention Hearing set ____
- [ ] Bond Hearing set ____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lenna
Deputy Clerk

**OTHER PROCEEDINGS/COMMENTS:**
X Defendant is to be released on amended conditions of release.
X Supervision will be transferred to Houston Division.

AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

**APPEARANCE BOND**

Corey Harrison
Defendant

CASE NUMBER: H-06-183M

Non-surety:  I, the undersigned defendant acknowledge that I ~~and my~~ ... on AN unsecured
Surety:      We, the undersigned, jointly severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 10,000 , ~~and there has been deposited in the Registry of the Court the sum of~~ $ ~~in cash or~~ (describe other security.)

The conditions of this bond are that the defendant __Corey Harrison__
(name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __3-15-06__ at __Houston, Texas__
                         Date                        Place

Defendant. __[signature]__              Address. __[redacted]__
Surety. _____               Address. _____
Surety. _____               Address. _____

Signed and acknowledged before me on _____
                                         Date

__[signature]__
Judicial Officer/Clerk

Approved: _____
          Judicial Officer

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: __Mercedes P. Lemma__
    Deputy Clerk

UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF TEXAS

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-15-06
MICHAEL N. MILBY CLERK
BY DEPUTY

UNITED STATES OF AMERICA    §
                            §
                            §
vs.                         §    CRIMINAL NO. H- 06-183M
                            §
Cuy Thurman                 §
                            §
                            §

# ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified):

   _____ on _____
   Place                          Date/Time

2. The defendant shall immediately advise the Court, defense counsel and the ~~Pretrial Services~~ Probation oth Agency, in writing, of any change in address and telephone number.

3. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

4. The defendant shall not intimidate or attempt to intimidate a witness, juror or officer of the court (18 USC § 1503), obstruct a criminal investigation (18 USC § 1510), or tamper with or retaliate against a witness, victim or informant (18 USC §§ 1512 and 1513).

### RELEASE ON PERSONAL RECOGNIZANCE OR UNSECURED BOND

IT IS FURTHER ORDERED that the defendant be released provided that:

[ ] 5.   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

[X] 6.   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $ 10,000 in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

    [ ]  The bond shall be signed by the following person(s) as surety:

    _____

    _____

# Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

[ ] 7. ~~The defendant is placed in the custody of:~~

_____
(Name of person or organization)

_____
(Address)

_____
(City/State/Zip Code)                              (Area Code/Telephone Number)

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                    Custodian or Proxy

[ ] 8. The defendant shall:

    [ ] a. Maintain verifiable employment at all times; if unemployed, actively seek employment.

    [ ] b. Maintain or commend an educational program.

    [ ] c. Abide by the following restrictions on place of abode or travel: **Southern District of Texas**

    [ ] d. Avoid all contact with any alleged victim of the offense charged and with any potential witness who may testify concerning the offense, and not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation or parole.

    [ ] e. Report on a regular basis to the U. S. Pretrial Services Agency - Phone: 713-250-5218.

    [ ] f. Comply with the following curfew:

    [ ] g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

2

[ ]   h.   Refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substance (defined in 21 USC § 802) unless prescribed by a licensed medical practitioner.

[ ]   i.   Participate in drug and alcohol screening and treatment as directed by Pretrial Services. The defendant will incur the costs associated with this condition based on the ability to pay as determined by the Pretrial Services Officer.

[ ]   ii.  Undergo medical treatment or psychiatric treatment, including treatment for drug or alcohol dependency or substance abuse. Treatment will be at:

_____

as directed by Pretrial Services. Defendant shall remain in that institution if required for that purpose. The defendant will incur the costs associated with this condition based on the ability to pay as determined by the Pretrial Services Officer.

[ ]   j.   Execute an appearance bond in the amount of $_____. There will be deposited in the registry of the Court the sum of $_____. This deposit will be returned to the depositor upon the Court's determination that the defendant has performed the conditions of his release.

   [ ]   The bond shall be signed by the following person(s) as surety:

_____

_____

[ ]   k.   The defendant will execute an appearance bond in the amount of $_____, secured by joinder of a corporate surety, duly authorized as an acceptable surety on federal bonds.

[ ]   l.   Surrender any passport to the Clerk and/or [ ] obtain no other passport.

[ ]   m.   Electronic Monitoring. The defendant is restricted to his or her place of residence continuously, except for absences authorized by the Pretrial Services Officer. The Pretrial Services Officer may approve absences for gainful employment, religious services, medical care, education or training programs, and at other time as may be specifically authorized by the Pretrial Services Officer. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure compliance with this special condition. If electronic monitoring is used, the defendant will incur costs associated with such monitoring, based on ability to pay as determined by the Pretrial Services Officer.

[X]   n.   Special conditions:

_all conditions of Supervised Release_
_Report to Probation Office in Houston_
_w/in 24 hours of your release._

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 USC § 3148, and a prosecution for contempt as provided in 18 USC § 401 which could result in a possible term of imprisonment or fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony, or to a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself. 18 USC § 3147.

18 USC § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC § 1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 USC § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 USC § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 USC § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sending, surrender for the service of a sentence, or appeal or certiorari after conviction for:

[ ]   1.   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

[ ]   2.   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

[ ]   3.   any other felony, the defendant shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

[ ]   4.   a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

  I acknowledge that I am the defendant in this case, and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.



_____
Signature of Defendant

3700 K____ Dr # 4__
_____
Address

_____
City/State/Zip Code

_____
Telephone Number

## Direction to United States Marshal

[X] The defendant is ORDERED released after processing.

[ ] The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 3-15-06

_____
Nancy K. Johnson
United States Magistrate Judge

5

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 13 2006

Michael N. Milby, Clerk of Court

**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
versus § CRIMINAL CASE H- 06-183M
§
Corey Harrison, §
§
Defendant. §

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him.

Signed _____, at Houston, Texas.

_____
Nancy K. Johnson
United States Magistrate Judge

By Order of the Court

_Linda Gonzales_
Deputy Clerk

3-13-06
Date

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _Marcadus P. Kenna_
Deputy Clerk

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

IN UNITED STATES IN THE CASE OF: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or OTHER PANEL (Specify below)

**SEALED** vs.

FOR: SOUTHERN DISTRICT OF TEXAS

AT: FILED MAR 13 2006
Michael N. Milby, Clerk of Court

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): **Coley J. Harrison**

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: **06-183M**
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer:
- IF YES, how much do you earn per month? $
- IF NO, give month and year of last employment. How much did you earn per month $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 
SOURCES: Food Stamps

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No   IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: 
DESCRIPTION: 96 Lumina free + clear

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 
Creditors: hw food stamps
Total Debt: $
Monthly Payt: $

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lemma
Deputy Clerk

I certify the above to be correct.
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___Texas___

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 13 2006
Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

v.

___Corey Harrison___
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ___H-06-183M___

CHARGING DISTRICTS
CASE NUMBER: ___053L 2:00CR00172-003N___

I understand that charges are pending in the ___Eastern___ District of ___Louisiana___ alleging violation of ___Supervised Release___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

___3/13/06___
Date

___[signature]___
Defendant

___[signature]___
Defense Counsel

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: ___Mercedes P. Lerma___
Deputy Clerk

COURTROOM MINUTES:

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ COUNSEL DETERMINATION HEARING
- ☐ HEARING CONTINUED ON _____

- ☐ IDENTITY
- ☐ PRELIMINARY HEARING
- ☐ STATUS CONFERENCE

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-13-06
MICHAEL N. MILBY, Clerk

THE HONORABLE NANCY K. JOHNSON, Presiding
Deputy Clerk: Linda Gonzales
ERO/Tape No: P. Crawford
INTERPRETER PRESENT ☑ No ☐ Yes

OPEN: 2:10  ADJOURN: 2:15

☑ Other District ☐ Division  E.D. of LA. New Orleans
Case No. 2:00CR00172-003M

CRIMINAL NO. H-06-183M  DEFT No. ____  USDJ ____

UNITED STATES OF AMERICA
vs
Corey Harrison

Glenn Cook, AUSA

Samy Khalil

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ .... Date of arrest: _____ or ☐ RULE 5
- ☐ .. Deft first appearance. Deft advised of rights/charges ☑ Probation violator
- ☑ .. ☑ Deft ☐ MW appeared ☐ with ☑ without counsel.
- ☑ .. Requests appointed counsel. FINANCIAL AFFIDAVIT executed.
- ☑ .. Order appointing Federal Public Defender.
- ☐ .. Private Counsel appointed. _____
- ☐ .. Deft advises he will retain counsel. He retained _____
  Bond ☐ set $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Unsecured
- ☐ .. Surety signatures required _____
- ☐ .. No bond set at this time, 10 day DETENTION ORDER entered.
- ☐ .. ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ .. ORDER OF DETENTION PENDING TRIAL entered.
- ☐ .. Deft advised of conditions of release.
- ☐ .. BOND EXECUTED, ☐ BOND CONTINUED (☐ State Authorities, ☐ INS)
  ☑ Deft ☐ MW REMANDED to CUSTODY.
- ☐ .. Deft ORDERED REMOVED to Originating District.
- ☐ .. WAIVER of ☐ Preliminary  WAIVER of ☐ Detention  ☑ Waiver of Rule 5 Hearings (out of District)
- ☐ .. Court finds PROBABLE CAUSE ☐ ID ☐ PC.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

- ☐ .... Arraignment set _____
- ☐ ... Preliminary set _____
- ☐ .... Counsel Determination Hearing set _____
- ☐ . Identity/Removal Hearing set _____
- ☐ .... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.

☑ Detention Hearing set 3-15-06 @ 2:00
☐ Bond Hearing set _____

OTHER PROCEEDINGS/COMMENTS:

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:06-mj-00183-ALL
### Internal Use Only

Case title: USA v. Harrison                    Date Filed: 03/13/2006

Assigned to: Magistrate Judge Nancy K. Johnson

**Defendant**

**Corey Harrison** (1)         represented by  **Federal Public Defender**
*Bond: $10,000 Unsecured*                      440 Louisiana
*TERMINATED: 03/27/2006*                       Ste 310
                                               Houston, TX 77002
                                               713-718-4600
                                               Fax: 713-718-4610
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Public Defender or*
                                               *Community Defender Appointment*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

                                                TRUE COPY I CERTIFY
                                                ATTEST:
**Terminated Counts**                           Disposition Michael N. Milby, Clerk of Court
                                                By: Marandu P. Lamma
None                                                       Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

**Plaintiff**
**USA**

https://156.124.2.192/cgi-bin/DktRpt.pl?894377088874237-L_923_0-1            3/27/2006

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2006 | 1 | Copy of Petition of Probation violation filed in the Eastern Distirct of Louisiana # 2:00cr172-003N as to Corey Harrison: , filed. (mlerma, ) (Entered: 03/17/2006) |
| 03/13/2006 | 2 | Minute Entry for proceedings held before Judge Nancy K. Johnson :INITIAL APPEARANCE as to Corey Harrison,(Deft informed of rights) held on 3/13/2006 Appearances:G. Cook AUSA.S. Khalil AFPD(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 03/23/2006) |
| 03/13/2006 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Corey Harrison , filed.(mlerma, ) (Entered: 03/23/2006) |
| 03/13/2006 | 5 | Sealed CJA 23 Financial Affidavit by Corey Harrison , filed.(mlerma, ) (Entered: 03/23/2006) |
| 03/13/2006 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Corey Harrison ( Signed by Judge Nancy K. Johnson ). Parties notified. (mlerma, ) (Entered: 03/23/2006) |
| 03/15/2006 | 4 | Secured Bond Entered as to Corey Harrison in amount of $ $10,000.00, , filed. (mlerma, ) (Entered: 03/23/2006) |
| 03/15/2006 | 6 | Minute Entry for proceedings held before Judge Nancy K. Johnson :DETENTION HEARING as to Corey Harrison held on 3/15/2006 Appearances:J. McAlister AUSA.S. Khalil AFPD(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 03/23/2006) |
| 03/27/2006 | 8 | RULE 5 Papers sent to Eastern District of Louisiana, New Orleans Division as to Corey Harrison, filed.(mlerma, ) (Entered: 03/27/2006) |
| 03/27/2006 | 9 | RULE 5 Papers sent to Eastern District of Louisiana, New Orleans Division as to Corey Harrison, filed.(mlerma, ) (Entered: 03/27/2006) |
| 03/27/2006 | | ***Case Terminated as to Corey Harrison (mlerma, ) (Entered: 03/27/2006) |