Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S.A. vs. COREY HARRISON                    Docket No. 053L 2:00CR172-00

## Petition to Continue Supervised Release

COMES NOW, <u>MARC S. JOHNSON</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Corey Harrison</u>, who was placed on supervision by the Honorable Kurt D. Engelhardt sitting in the Court at <u>New Orleans, Louisiana</u>, on <u>February 07, 2001</u>, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Orientation and life skills
2. Drug testing/treatment
3. Search and Seizure
4. Financial disclosure
5. Financial restriction

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

As Your Honor may recall, our office forwarded an information letter to the Court on June 14, 2006, that included information regarding Harrison's adjustment to supervison in the Southern District of Texas. Please refer to the letter attached. Specifically, our office requested that Harrison be allowed to continue under supervision in the Southern District of Texas. If Your Honor agrees with this recommendation, please sign below and return this form to the undersigned.

PRAYING THAT THE COURT WILL ORDER that the case be allowed to continue under the current conditions of supervision.

ORDER OF COURT

Considered and ordered this 27th day of July, 2006, and ordered filed and made a part of the records in the above case.

Honorable Kurt D. Engelhardt
U. S. District Judge

Original   - Clerk's Office
1 Copy    - U.S. Marshal
1 Copy    - U.S. Attorney
2 Copies - U.S. Probation

Respectfully,

Marc S. Johnson
U.S. Probation Officer
504-589-3221

Place: New Orleans, Louisiana

Date: July 27, 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____